IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *  CASE No. 3:07-CR-287-MEF |
| V. | * |
| | * |
| KEVIN HEATH ARRINGTON | * |
| | * |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Virginia R. Lucci, as Federal Defenders Panel Attorney and enters her appearance on behalf of Defendant, **KEVIN HEATH ARRINGTON**, in the above styled-case.

Dated this the 30th day of November, 2007.

Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *<br>*<br>*  CASE No. 3:07-CR-287-MEF |
| V. | *<br>* |
| KEVIN HEATH ARRINGTON | *<br>* |

CERTIFICATE OF SERVICE

     I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, Leura G. Canary, United States Attorney, One Court Square, PO Box 197, Montgomery, AL 36104.

          Respectfully submitted,

          */s/Virginia R. Lucci*
          Virginia R. Lucci (LUC 020)
          516 S. Perry Street
          Montgomery, AL 36104
          Phone: (334)834-5700
          Fax: (334)834-5533
          E-mail: virginia.lucci@yahoo.com
          ASB3309-I40L