IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   CASE No. 3:07-CR-287-MEF |
| V. | * |
| | * |
| KEVIN HEATH ARRINGTON | * |
| | * |

## DEFENDANT'S RESPONSE FOR MOTION
## FOR DETENTION

**COMES NOW** the undersigned counsel, Virginia R. Lucci, as Federal Defenders Panel Attorney and files this response for the Motion for Detention. As grounds for such, the Defendant states as follows:

1. The Defendant does not know of any writs that are pending for him as of December 4, 2007. He has been placed on probation for Unlawful Possession of Controlled Substance in Randolph County, which is the companion case for this arrest.

2. At the time of his indictment on this charge, the Defendant had exited a 28 day in patient treatment center for substance abuse and is committed to staying drug free during the pendency of this charge. The Defendant is willing to participate in random drug screens at the Department of Probation's request.

3. The Defendant has no convictions for any violent offenses.

4. The Defendant did not have his probation revoked for this arrest.

5.  Should the Defendant be released, he will continue his course of employment with Western Sizzlin' Restaurant.

6.  The Defendant has significant ties to his community.  He is married and has three children and therefore does not pose a flight risk.

**WHEREFORE, PREMISES CONSIDERED,** the defendant respectfully request that bond be set or allow the Defendant to be alternatively incarcerated pending the disposition in this matter.

Dated this the 4th day of December, 2007.

Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   CASE No. 3:07-CR-287-MEF |
| v. | * |
| | * |
| KEVIN HEATH ARRINGTON | * |
| | * |

CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, Leura G. Canary, United States Attorney, One Court Square, PO Box 197, Montgomery, AL 36104.

                                             Respectfully submitted,

                                             */s/Virginia R. Lucci*
                                             Virginia R. Lucci (LUC 020)
                                             516 S. Perry Street
                                             Montgomery, AL 36104
                                             Phone: (334)834-5700
                                             Fax: (334)834-5533
                                             E-mail: virginia.lucci@yahoo.com
                                             ASB3309-I40L