IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr287-MEF |
| | ) | |
| KEVIN HEATH ARRINGTON | ) | |

**ORDER**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on December 4, 2007. The credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant has an extensive criminal history, including multiple arrests for burglary 3rd, theft of property 2nd, receiving stolen property, possession of controlled substances, and child endangerment. According to police, defendant was selling drugs from his house, where young children were present, when the firearms charged in the indictment were found. Defendant has previously been non-compliant with supervision, admitting to using illegal substances while on a state bond, and testing positive on a drug screen within a month of his release on state probation. He has pending state charges for theft of property 2nd and burglary 3rd, and is also pending a reinstatement hearing on his probation revocation.

Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably protect the community and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

     DONE, this 6th day of December, 2007.

                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE