IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:07cr287-MEF |
| | ) | |
| KEVIN HEATH ARRINGTON | ) | |

## **ORDER**

Following arraignment of the defendant, this case was set on a criminal term which is not a regular criminal term of the assigned District Judge. Accordingly, counsel for the government and the defendant are DIRECTED to jointly contact IMMEDIATELY the assigned District Judge for further consideration of scheduling the trial of this case.

DONE, this 10th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE