IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * CASE No. 3:07-CR-287-MEF |
| V. | * |
| | * |
| KEVIN HEATH ARRINGTON | * |
| | * |

## N OTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant by and through the undersigned counsel and notifies this Court of his intent to change her previous plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so in front of a magistrate judge.

Dated this the 19th day of December, 2007.

Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   CASE No. 3:07-CR-287-MEF |
| V. | * |
| | * |
| KEVIN HEATH ARRINGTON | * |
| | * |

CERTIFICATE OF SERVICE

     I hereby certify that on December 19, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, Matthew Shepherd, Leura G. Canary, United States Attorney, One Court Square, PO Box 197, Montgomery, AL 36104.

                         Respectfully submitted,

                         */s/Virginia R. Lucci*
                         Virginia R. Lucci (LUC 020)
                         516 S. Perry Street
                         Montgomery, AL 36104
                         Phone: (334)834-5700
                         Fax: (334)834-5533
                         E-mail: virginia.lucci@yahoo.com
                         ASB3309-I40L