IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr287-MEF |
| | ) | |
| KEVIN HEATH ARRINGTON | ) | |

## ORDER

Upon consideration of defendant's motion for bond (Doc. # 9), filed December 4, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 21st day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE